DICKERSON, Appellant, v. DICKERSON, Respondent. (Supreme Court, Appellate Division. Fourth Department. January 22, 1901.) Action by Mary E. Dickerson against George W.

Dickerson. No opinion. Judgment and order affirmed, with costs. All concur, except WILLIAMS, J., dissenting.